# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MADIA GREAVES, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| ERIC SHINSEKI, *et al.*, | : | NO. 11-6270 |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 18th day of July, 2013, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 17), Plaintiff's response (Docket No. 19), Plaintiff's reply (Docket No. 21), Defendants' supplemental memorandum of law in support of its motion for summary judgment (Docket No. 31, originally filed incorrectly at Docket No. 29), Plaintiff's supplemental response (Docket No. 30), and Plaintiff's supplemental response to Defendants' supplemental statement of facts (Docket No. 33), it is hereby **ORDERED** that Defendants' Motion (Docket No. 17) is **GRANTED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE